UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT BENNETT,

    Plaintiff,

    v.

EVERGREEN WASHINGTON HEALTHCARE SEATTLE, LLC dba SEATTLE MEDICAL & REHABILITATION CENTER,

    Defendant.

CASE NO. C05-2048C

ORDER

    This matter has come before the Court on Plaintiff's complaint, filed February 14, 2006. (Dkt. No. 8.) Plaintiff's complaint is presented on pleading paper addressed to the "Seattle Office for Civil Rights," bears a "SOCR" case number, and is titled "Employment Charge." The complaint alleges that Defendant violated Title VII by terminating his employment because of his race.

    The complaint does not allege facts establishing this Court's jurisdiction over the matters asserted in the complaint. *See, e.g.*, *E.E.O.C. v. Farmer Bros. Co.*, 31 F.3d 891, 899 (9th Cir. 1994) (explaining that "[t]o establish federal subject matter jurisdiction, [a plaintiff is] required to exhaust [his] EEOC administrative remedies before seeking federal adjudication of her claims"). Rule 8(a) of the Federal Rules of Civil Procedure requires that "[a] pleading which sets forth a claim for relief . . . shall contain . .

ORDER – 1

. a short and plain statement of the grounds upon which the court's jurisdiction depends." Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE by Friday, March 10, 2006, at 4:30 p.m. why the Court should not dismiss this action for failure to comply with Fed. R. Civ. P. 8(a). Failure to comply with this Order by Friday, March 10, 2006, at 4:30 p.m. will result in dismissal of this action without prejudice.

Plaintiff is also directed to ensure that all future papers filed with the Court comply with Local Rule CR 10.

SO ORDERED this <u>21st</u> day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2